**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2781**

---

MARGIE O. KEIFFER, widow of Jacob E. Keiffer,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondent.

---

On Petition for Review of an Order of the Benefits Review Board.
(96-147-BLA)

---

Submitted: July 8, 1997          Decided: September 10, 1997

---

Before HALL and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Margie O. Keiffer, Petitioner Pro Se. Christian P. Barber, Gary K.
Stearman, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of waiver of overpayment of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1996). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Keiffer v. DOWCP, No. 96-147-BLA (BRB). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2